Alfred Farr, Plaintiff-Appellee, v. Chicago and Eastern Illinois Railroad Company, Defendant-Appellant.

Gen. No. 10,718.

Eva L. Minor, and Paul F. Davidson, for appellant; G. Norman Kennedy, and Patrick C. Mullen, of counsel; Donald D. Zeglis, for appellee. Opinion *Per Curiam*. **Not to be published in full.** Opinion filed July 21, 1954; released for publication August 5, 1954.

Marie Keser et al., Plaintiffs-Appellants, v. Robert Corrie, Sr., Defendant-Appellee.

Gen. No. 10,740.

Zwanzig, Thompson & Lanuti, for appellants; Pool & Langer, for appellee. Opinion *Per Curiam*. **Not to be published in full.** Opinion filed July 21, 1954; released for publication August 5, 1954.